**MANDATE**

N.D.N.Y.
21-cv-158
Hurd, J.

# United States Court of Appeals

FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of November, two thousand twenty-one.

Present:
        Richard C. Wesley,
        Joseph F. Bianco,
               *Circuit Judges*.*

---

Lutfallah T. Sawabini,

                  *Plaintiff-Appellant*,

    v.                                                 21-1404

Ryan McConn, (McConn), et al.,

                  *Defendants-Appellees*,

MLMIC Insurance Company,
(MLMIC) Vicariously Liable Insurance Company,

                  *Defendant*.

---

Appellant, pro se, moves for various relief, seeking "appellate review," sanctions, and to participate in the Civil Appeal Mediation Program. Upon due consideration, it is hereby ORDERED that the motions are DENIED and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Pillay v. INS*, 45 F.3d 14, 16 (2d Cir. 1995) (per curiam) (quoting *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

                                                              FOR THE COURT:
                                                              Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

---

\* Judge Pooler has recused herself from consideration of this motion. Pursuant to Second Circuit Internal Operating Procedure E(b), the matter is being decided by the two remaining members of the panel.

MANDATE ISSUED ON 06/02/2022